IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SANTOS GARCIA, GREGORIO VASQUEZ and MIRNA ABIGAIL CASTRO Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>E-LOGIC, INC., DWW ABATEMENT, INC., HESTER ENVIRONMENTAL, d/b/a TEAM ENTERPRISE, CACTUS ABATEMENT & DEMOLITION, LLC, ONEAL GROUP, INC., CHARLES ONEAL and PHILIP HESTER<br><br>Defendants. | Civil Action No. 3:17-cv-2216-G |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants E-Logic, Inc., DWW Abatement, Inc., Hester Environmental, D/B/A Team Enterprise, Cactus Abatement & Demolition, LLC, Oneal Group, Inc., Charles Oneal and Philip Hester ("Defendants") file this Agreed Motion to Extend Time to file Answer or to otherwise respond to Plaintiffs' Second Amended Complaint.

Defendants and Plaintiffs are engaged in productive settlement discussions. Defendants believe that an extension of time to file an Answer or to otherwise respond to Plaintiffs' Second Amended Complaint will aid in the continued progress of settlement discussions. With Plaintiffs' agreement, Defendants ask the Court to extend the answer deadline date until January 18, 2018.

Defendants request to extend time is for good cause and is not intended to delay these proceedings. This extension will allow the Parties to continue negotiations in this matter without having to accrue additional attorney fees.

THEREFORE, Defendants move to extend the answer deadline date in this matter until January 18, 2018.

        Respectfully submitted,

        */s/* Caroline C. Harrison
        LU PHAM
        lpham@dphllp.com
        Texas Bar No. 15895430
        CAROLINE C. HARRISON
        charrison@dphllp.com
        Texas Bar 24046034
        ANTONIO U. ALLEN
        aallen@dphllp.com
        Texas Bar No. 24069045
        **DOWELL PHAM HARRISON LLP**
        Tindall Square Bldg. #2
        505 Pecan Street, Suite 200
        Fort Worth, Texas 76102
        (817) 632-6300
        (817) 632-6313 (Facsimile)

        ATTORNEYS FOR DEFENDANTS
        E-LOGIC, INC., DWW ABATEMENT, INC.,
        CACTUS ABATEMENT & DEMOLITION,
        LLC, ONEAL GROUP, INC., AND CHARLES
        ONEAL


        */s/* David W. Dodge
        JOHN ISBELL
        jisbell@gpm-law.com
        Texas Bar No.10432100
        DAVID W. DODGE
        ddodge@gpm-law.com
        Texas Bar No.24002000
        **GLAST, PHILLIPS & MURRAY, P.C.**
        14801 Quorum Drive, Suite 500
        Dallas, TX 75254

        ATTORNEYS FOR DEFENDANTS HESTER
        ENVIRONMENTAL, LP D/B/A TEAM
        ENTERPRISE AND PHILIP HESTER

## CERTIFICATE OF CONFERENCE

On December 19, 2017, Michael O'Keefe Cowles, counsel for Plaintiffs, communicated his agreement to this motion.

                                                    */s/*Caroline C. Harrison
                                                    Caroline C. Harrison

## CERTIFICATE OF SERVICE

The foregoing was provided to counsel via e-mail and ECF on December 22, 2017.

Michael O'Keefe Cowles
mcowles@equaljusticecenter.org
Christopher J. Willett
cwillett@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
510 S. Congress Ave., Suite 206
Austin, Texas 78704
(469) 203-2150
(512) 474-0008 (FAX)
*Attorneys for Plaintiffs*

Hannah Alexander
halexander@equaljusticecenter.org
**EQUAL JUSTICE CENTER**
1250 W. Mockingbird Lane
Suite 455
Dallas, TX 75247
Ph: (469) 228-4226, ext. 302
*Attorney for Plaintiffs*

                                                    */s/*Caroline C. Harrison
                                                    Caroline C. Harrison